UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
LUIS FERNANDEZ,

        Docket No.: 22-CV-06162

                    Plaintiff,

          -against-

CITY OF ROCHESTER, CITY OF ROCHESTER POLICE SGT. OSIPOVITCH, CITY OF ROCHESTER POLICE OFFICER VAUGHN, CITY OF ROCHESTER POLICE OFFICER JIMENEZ, CITY OF ROCHESTER POLICE T/SGT. ALEXANDER, CITY OF ROCHESTER POLICE OFFICER JOHNSON, CITY OF ROCHESTER POLICE INVESTIGATOR R. HICKEY, CITY OF ROCHESTER POLICE SGT. INCE, CITY OF ROCHESTER POLICE SGT. FLANAGAN, CITY OF ROCHESTER POLICE OFFICER JOHN DOES #1-10 (fictitiously named), in their individual and official capacities, MONROE COUNTY, MONROE COUNTY SHERIFF'S DEPARTMENT, MONROE COUNTY DEPUTY SHERIFFS JOHN DOES #11-20 (fictitiously named), in their individual and official capacities, TOWN OF OGDEN, TOWN OF OGDEN POLICE OFFICERS JOHN DOES #21-30 (fictitiously named), in their individual and official capacities, TOWN OF GATES, TOWN OF GATES POLICE OFFICERS JOHN DOES #31-40 (fictitiously named), in their individual and official capacities,

**DECLARATION OF PABLO A. FERNANDEZ IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

                    Defendants.
--------------------------------------------------------------------- X

      **PABLO A. FERNANDEZ**, an attorney duly admitted to practice law in the United States District Court for the Eastern District of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

      1.      I am an attorney with Horn Wright, LLP and counsel for Plaintiff Luis Fernandez in this case. I make this declaration based upon my own personal knowledge, review of pertinent documents, and upon information and belief.

1

2.      This Declaration is submitted in opposition to Defendants' motion for summary judgment.

3.      Attached hereto as **Exhibit "1"** is a true and accurate copy of the transcript from Defendant Jimenez's Deposition.

4.      Attached hereto as **Exhibit "2"** is a true and accurate copy of the transcript from Defendant Osipovitch's Deposition.

5.      Attached hereto as **Exhibit "3"** is a true and accurate copy of the transcript from Defendant Vaughn's Deposition.

6.      Attached hereto as **Exhibit "4"** is a true and accurate copy of the Plaintiff's ER records.

**WHEREFORE**, due to the arguments set forth in the accompanying Memorandum of Law, it is respectfully requested that this Court deny Defendants' Motion for Summary Judgment pursuant to FRCP 56.

Dated: Garden City, New York
        November 22, 2024

                                        /s/ *Pablo A. Fernandez*
                                        PABLO A. FERNANDEZ