UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

LUIS FERNANDEZ,

                                                           DOCKET NO.: 22-CV-06162

                              Plaintiff,

          -against-

CITY OF ROCHESTER, CITY OF ROCHESTER
POLICE SGT. OSIPOVITCH, CITY OF ROCHESTER
POLICE      OFFICER      VAUGHN,      CITY      OF
ROCHESTER POLICE OFFICER JIMENEZ, CITY OF
ROCHESTER POLICE T/SGT. ALEXANDER, CITY
OF ROCHESTER POLICE OFFICER JOHNSON,
CITY OF ROCHESTER POLICE INVESTIGATOR R.
HICKEY, CITY OF ROCHESTER POLICE SGT.
INCE, CITY OF ROCHESTER POLICE SGT.
FLANAGAN, CITY OF ROCHESTER POLICE
OFFICER JOHN DOES #1-10 (fictitiously named), in
their individual and official capacities, MONROE
COUNTY, MONROE COUNTY SHERIFF'S
DEPARTMENT, MONROE COUNTY DEPUTY
SHERIFFS JOHN DOES #11-20 (fictitiously named), in
their individual and official capacities, TOWN OF
OGDEN, TOWN OF OGDEN POLICE OFFICERS
JOHN DOES #21-30 (fictitiously named), in their
individual and official capacities, TOWN OF GATES,
TOWN OF GATES POLICE OFFICERS JOHN DOES
#31-40 (fictitiously named), in their individual and
official capacities,

**AFFIRMATION IN
OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT**

                                                  Defendants.
------------------------------------------------------------------- X

## AFFIRMATION OF LUIS FERNANDEZ IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Luis Fernandez, the Plaintiff in the above action, hereby affirm, under penalty of perjury, as follows:

1.      The following statements are true based upon my own knowledge, review or pertinent documents, and upon information and belief.

2. On or about April 5, 2019 at approximately 10:00 a.m., I was visiting my friend Agustin Ocasio ("Ocasio"), at his apartment located at the second floor of 69 Avery Street, Rochester, New York.

3. Shortly after arriving at Mr. Ocasio's apartment, I began hearing rumbling noises downstairs like loud stomping, but did not know what they were from.

4. At the time, I was inside Mr. Ocasio's apartment, standing near the door at the top of the staircase.

5. I was standing near the door, facing left with my left arm towards the door, and was trying to see what the source of the noise was.

6. The door was made out of wood and had of a row of three (3) clear glass panes across and a row of four (4) clear glass panes top to bottom.

7. The glass panes were clear, and each panel permitted views into the apartment.

8. There was a Puerto Rican flag hanging at the door, but it only covered parts of the glass panels.

9. At least the bottom row of the glass panels were unobstructed by the flag and the lights inside were on, so anyone standing on the other side of the door would have seen my legs and feet near the door.

10. All of a sudden, there was a loud bang outside the door, which I later found out was from a breaching shotgun used by the Defendant Officers.

11. There was no warning, directive, or commands to me prior to the shot being fired, and it completely caught me by surprise.

12. Before I realized what was happening, a second shot was fired by Defendant officers.

13. There was no warning, directive, or commands to me before the second shot.

14. I was just standing near the door trying to check out the source of the rumbling noise, and was not leaning against it in any way when I was shot in my elbow.

15. All of a sudden I felt immense pain in my left elbow and screamed in pain, and I immediately moved away from the door.

16. Mr. Ocasio then yelled at me to get down, so I got down on the ground while holding my arm.

17. The Defendant officers came into the apartment shortly thereafter – I was still in immense pain but I remained still on the ground and did not resist the arrest.

18. Eventually, a medic was called up to the apartment and I was taken to Strong Memorial Hospital in an ambulance.

19. I had to receive multiple surgeries to my elbow as a result of being shot by Defendant Officers.

WHEREFORE, and for the reasons set forth above and in the accompanying Memorandum of Law in opposition to Defendants' Motion for Summary Judgment, and all other proceedings herein, it is respectfully requested that the Court deny Defendants' Motion for Summary Judgment, in its entirety, and grant Plaintiff such other and further relief as this Court may deem just and proper.

Dated: Attica, New York
       November 4, 2024

LUIS FERNANDEZ