# Exhibit 4

| **University of Rochester Medical Center** | 53400<br>601 Elmwood Ave<br>Rochester NY 14642<br>Inpatient Record | Fernandez, Luis<br>MRN: E2767585, DOB:        1976, Sex: M<br>Arrival: 4/5/2019, D/C: 4/8/2019 |
|---|---|---|

**Events (continued)**

**Transfer In at 4/7/2019 1639**

| Unit: 53400 | Room: 534-03 | Bed: 534-0301 |
|---|---|---|
| Patient class: Inpatient | Service: Orthopaedics | |

**Discharge at 4/8/2019 1233**

| Unit: 53400 | Room: 534-03 | Bed: 534-0301 |
|---|---|---|
| Patient class: Inpatient | Service: Orthopaedics | |

---

**Discharge Summary - Discharge Summaries**

**Discharge Summary by Howell, Eileen, NP at 4/8/2019 10:51 AM**

| Author: Howell, Eileen, NP | Service: Orthopedics | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 4/8/2019 10:51 AM | Date of Service: 4/8/2019 10:51 AM | Creation Time: 4/8/2019 10:51 AM |
| Status: Signed | Editor: Howell, Eileen, NP (Nurse Practitioner) | |
| Cosigner: Mannava, Sandeep, MD,PhD at 4/8/2019 1:05 PM | | |

Name: **Luis Fernandez**    MRN: 5840447 DOB:        /1976
Admit Date: 4/5/2019
Date of Discharge: 4/8/2019

Patient was accepted for discharge to
To Jail / Law Enforcement Facility [21]

Discharge Attending Physician: Mannava, Sandeep, MD,PHD

# Hospitalization Summary

CONCISE NARRATIVE:
42 y.o. male with a gunshot wound to the Left elbow with lateral epicondyle fracture and large wound with wood and metal debris.  Now s/p above procedure.  Pain eventually controlled on oral medications.  Voiding without difficulty and tolerating regular diet.  Non-weight bearing on Left upper extremity.  Cleared by Physical Therapy.  Ready for discharge on POD # 1.

OR PROCEDURE:
4/07/19  Left elbow I&D and foreign body removal with complex closure.

**Signed**: EILEEN HOWELL, NP  On: 4/8/2019  at: 10:51 AM[EH.1]

Signed by Mannava, Sandeep, MD,PhD on 4/8/2019 1:05 PM
**Attribution Key**

---

Printed by 30042 at 11/24/23  8:57 AM

| **University of Rochester Medical Center** | 53400<br>601 Elmwood Ave<br>Rochester NY 14642<br>Inpatient Record | Fernandez, Luis<br>MRN: E2767585, DOB:     1976, Sex: M<br>Arrival: 4/5/2019, D/C: 4/8/2019 |
| --- | --- | --- |

---

**Discharge Summary - Discharge Summaries (continued)**

**Discharge Summary by Howell, Eileen, NP at 4/8/2019 10:51 AM (continued)**

EH.1 - Howell, Eileen, NP on 4/8/2019 10:51 AM

---

**History & Physicals**

**H&P by Mannava, Sandeep, MD,PhD at 4/5/2019 12:48 PM**

| Author: Mannava, Sandeep, MD,PhD<br>Filed: 4/5/2019 12:48 PM<br>Status: Signed | Service: Orthopedics<br>Date of Service: 4/5/2019 12:48 PM<br>Editor: Mannava, Sandeep, MD,PhD (Physician) | Author Type: Physician<br>Creation Time: 4/5/2019 12:48 PM |
| --- | --- | --- |

No change in history or health. The H&P was updated and is current. Proceed with surgery.[SM.1]

Signed by Mannava, Sandeep, MD,PhD on 4/5/2019 12:48 PM

**Attribution Key**

SM.1 - Mannava, Sandeep, MD,PhD on 4/5/2019 12:48 PM

---

**Interval H&P Note by Mannava, Sandeep, MD,PhD at 4/5/2019 12:48 PM**

| Author: Mannava, Sandeep, MD,PhD<br>Filed: 4/5/2019 12:48 PM<br>Status: Signed | Service: Orthopedics<br>Date of Service: 4/5/2019 12:48 PM<br>Editor: Mannava, Sandeep, MD,PhD (Physician) | Author Type: Physician<br>Creation Time: 4/5/2019 12:48 PM |
| --- | --- | --- |

## UPDATES TO PATIENT'S CONDITION on the DAY OF SURGERY/PROCEDURE

**I. Updates to Patient's Condition** (to be completed by a provider privileged to complete a H&P, following reassessment of the patient by the provider):

**Day of Surgery/Procedure Update:**
History
History reviewed and no change

Physical
Physical exam updated and no change

**II. Procedure Readiness**
I have reviewed the patient's H&P and updated condition. By completing and signing this form, I attest that this patient is ready for surgery/procedure.

**III. Attestation**
I have reviewed the updated information regarding the patient's condition and it is appropriate to proceed with the planned surgery/procedure.

Sandeep Mannava, MD,PHD as of 12:48 PM 4/5/2019[SM.1]

Signed by Mannava, Sandeep, MD,PhD on 4/5/2019 12:48 PM

---

Printed by 30042 at 11/24/23  8:57 AM

**University of Rochester Medical Center**

53400
601 Elmwood Ave
Rochester NY 14642
Inpatient Record

Fernandez, Luis
MRN: E2767585, DOB:        1976, Sex: M
Arrival: 4/5/2019, D/C: 4/8/2019

---

### History & Physicals (continued)

**Interval H&P Note by Mannava, Sandeep, MD,PhD at 4/5/2019 12:48 PM (continued)**

**Attribution Key**

SM.1 - Mannava, Sandeep, MD,PhD on 4/5/2019 12:48 PM

**Source Note**

| | | |
|---|---|---|
| Author: Mannava, Sandeep, MD,PhD | Service: Orthopedics | Author Type: Physician |
| Filed: 4/5/2019 12:48 PM | Date of Service: 4/5/2019 12:48 PM | Creation Time: 4/5/2019 12:48 PM |
| Status: Signed | Editor: Mannava, Sandeep, MD,PhD (Physician) | |

No change in history or health. The H&P was updated and is current. Proceed with surgery.[SM.1]

Signed by Mannava, Sandeep, MD,PhD on 4/5/2019 12:48 PM

**Attribution Key**

SM.1 - Mannava, Sandeep, MD,PhD on 4/5/2019 12:48 PM

---

### Consult Notes

**Consults by Chen, Raymond, MD at 4/5/2019 11:22 AM**

| | | |
|---|---|---|
| Author: Chen, Raymond, MD | Service: Orthopedics | Author Type: Resident |
| Filed: 4/5/2019 11:56 AM | Date of Service: 4/5/2019 11:22 AM | Creation Time: 4/5/2019 11:22 AM |
| Status: Attested Addendum | Editor: Chen, Raymond, MD (Resident) | |
| Related Notes: Original Note by Chen, Raymond, MD (Resident) filed at 4/5/2019 11:55 AM | | |
| Cosigner: Mannava, Sandeep, MD,PhD at 4/5/2019 12:47 PM | | |

**Attestation signed by Mannava, Sandeep, MD,PhD at 4/5/2019 12:47 PM**

I saw and evaluated the patient. I agree with the resident's/fellow's findings and plan of care as documented above.

Sandeep Mannava, MD,PHD



**Orthopedic Surgery Consult/ H&P Note**

**Luis Fernandez**
**42 y.o. male**
**MRN: 5840447**
**DOA: 4/5/2019**

---

**University of Rochester Medical Center**

53400
601 Elmwood Ave
Rochester NY 14642
Inpatient Record

Fernandez, Luis
MRN: E2767585, DOB:        1976, Sex: M
Arrival: 4/5/2019, D/C: 4/8/2019

---

**Consult Notes (continued)**

---

Consults by Chen, Raymond, MD at 4/5/2019 11:22 AM (continued)

**Reason for consult:** Left elbow wound

**HPI:** Luis Fernandez is a RHD 42 y.o. male with no significant PMH who presents to the ED after gunshot wound to the left elbow. Per report, patient was being served a warrant and SWAT team shot through a wooden door, he was hit in left elbow by wood and bullet debris. Endorse pain in the left elbow. Denies any previous injuries to the extremity. Denies any current numbness or tingling. Otherwise, no other injuries.

NPO since:[RC.1] 830 AM[RC.2]
Other injuries: none

**PMH**:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Septic joint of right knee joint <br> *2/2 trauma s/p I&D and 4 weeks IV abx* | 09/2018 |

**PSH**:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ECG PICC TIP CONFIRMATION | | 9/12/2018 |
| • HH PICC PLACEMENT CONSULT HH ONLY | | 9/12/2018 |

**Meds**:
No current facility-administered medications on file prior to encounter.

No current outpatient prescriptions on file prior to encounter.

Scheduled Meds:

| | | |
|---|---|---|
| • fentaNYL | | |
| • ceFAZolin | | |
| • sodium chloride 0.9 %   1,000 mL <br> bolus | Intravenous | Once |

Continuous Infusions:
PRN Meds:.sodium chloride, dextrose

**Allergies**:
No Known Allergies (drug, envir, food or latex)

**Social History**:
Occupation:[RC.1] Cleaner[RC.2].
Smoking:[RC.1] Denies smoking
Denies[RC.2] alcohol use
Denies illicit drug use.
Lives in[RC.1] Rochester[RC.2].

---

**University of Rochester Medical Center**

53400
601 Elmwood Ave
Rochester NY 14642
Inpatient Record

Fernandez, Luis
MRN: E2767585, DOB:      1976, Sex: M
Arrival: 4/5/2019, D/C: 4/8/2019

---

**Consult Notes (continued)**

---

<u>Consults by Chen, Raymond, MD at 4/5/2019 11:22 AM (continued)</u>

**Family History:**
Noncontributory.

**ROS**:
Denies CP/dyspnea, recent fevers/chills. Otherwise negative except for that presented in the above HPI.

**Physical Exam:**

   Vitals:

Vitals:

|  | 04/05/19 1102 |
|---|---|
| BP: | 147/89 |
| Pulse: | 79 |
| Resp: | 14 |
| Temp: | |
| Weight: | |
| Height: | |

General:  Alert, no acute distress, supine in bed.

CV: Regular rate, rhythm
Respiratory: Respirations unlabored on RA
Abd: soft, NT, ND

RUE:  No gross deformities or TTP throughout extremity.
Skin intact and without tenting or fracture blisters.  No swelling, ecchymosis or lacerations.  No TTP/crepitus at the clavicle/shoulder/arm/elbow/forearm/wrist/hand. Able to extend thumb, flex thumb IP, flex/extend digits/wrist, and abduct/adduct fingers.  SILT over deltoid, 1st DWS, volar index and small fingers.  2+ radial pulse, fingers WWP, < 3 s CR.

LUE:  Gross deformity of the left elbow with wound over the lateral elbow, picture below. Wood and bullet fragments in the wound, bone is palpable. He is able to range the elbow. Full ROM of the wrist and fingers. No TTP/crepitus at the clavicle/shoulder/wrist/hand. Able to extend thumb, flex thumb IP, flex/extend digits/wrist, and abduct/adduct fingers.  SILT over deltoid, 1st DWS, volar index and small fingers.  2+ radial pulse, fingers WWP, < 3 s CR.[RC.1]

---

Printed by 30042 at 11/24/23  8:57 AM

**University of Rochester Medical Center**

53400
601 Elmwood Ave
Rochester NY 14642
Inpatient Record

Fernandez, Luis
MRN: E2767585, DOB: 1         976, Sex: M
Arrival: 4/5/2019, D/C: 4/8/2019

**Consult Notes (continued)**

Consults by Chen, Raymond, MD at 4/5/2019 11:22 AM (continued)



[RC.3]

**University of Rochester Medical Center**

53400
601 Elmwood Ave
Rochester NY 14642
Inpatient Record

Fernandez, Luis
MRN: E2767585, DOB:          1976, Sex: M
Arrival: 4/5/2019, D/C: 4/8/2019

---

**Consult Notes (continued)**

Consults by Chen, Raymond, MD at 4/5/2019 11:22 AM (continued)

Pelvis:  No TTP at symphysis, stable to AP/lateral compression

RLE:  No gross deformities or TTP throughout extremity.
Skin intact and without tenting or fracture blisters.  No swelling, ecchymosis or lacerations.  No TTP/crepitus at hip/thigh/knee/leg/ankle/foot. Painless ROM of hip, no hip pain with log roll or axial load.  Able to perform ADF/APF, toe flex/ext.  SILT 1st DWS/medial/lateral/plantar/dorsal foot.  2+ PT/DP pulse, toes WWP, < 3 s CR.

LLE:  No gross deformities or TTP throughout extremity.
Skin intact and without tenting or fracture blisters.  No swelling, ecchymosis or lacerations.  No TTP/crepitus at hip/thigh/knee/leg/ankle/foot. Painless ROM of hip, no hip pain with log roll or axial load. Able to perform ADF/APF, toe flex/ext. SILT 1st DWS/medial/lateral/plantar/dorsal foot.  2+ PT/DP pulse, toes WWP, < 3 s CR.

**Labs:**

No results for input(s): WBC, HGB, HCT, PLT in the last 168 hours.
No results for input(s): NA, K, CL, CO2, UN, CREAT, GLU in the last 168 hours.
No results for input(s): INR, PTI in the last 168 hours.

No components found with this basename: APTT
No results for input(s): ESR, CRP in the last 168 hours.

**Imaging**:
Xray: XR of the elbow show fracture of the lateral epicondyle, metallic fragments seen, may have fragments intra-articularly but this is not clear on imaging

**Procedure:** Wound irrigated at bedside, debris partially removed, dressing and splint applied.

**Assessment and Plan:**
42 y.o. male with a left gunshot wound to the left elbow with lateral epicondyle fracture and large wound with wood and metal debris. Possible intra-articular involvement.[RC.1] Neurovascularly intact in the left upper extremity.[RC.4]

1.  BSOR[RC.2] Left elbow I+D, possible ORIF
2.  Tetanus[RC.1] up to date[RC.3]
3.  **Open fracture:** IV antibiotics - ancef
4.  Bed rest, non-weight bearing LUE
5.  Surgical fixation of fracture when medically optimized:
     - NPO
     - IV fluids while NPO
     - CBC, Chem-7, PT/INR, type and screen
     - EKG
     - Chest x-ray
     - Antibiotics on call to OR
6.  MRSA screening
7.  DVT prophylaxis: hold pre-operatively

Plan d/w Dr. Mannava

---

Printed by 30042 at 11/24/23  8:57 AM