UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
LUIS FERNANDEZ,

                                    Plaintiff,

          -against-

CITY OF ROCHESTER, POLICE SGT. OSIPOVITCH, in
his/her individual and official capacity, POLICE OFFICER
VAUGHN, in his/her individual and official capacity,
POLICE OFFICER JIMENEZ, in his/her individual and
official capacity, POLICE T/SGT. ALEXANDER, in his/her
individual and official capacity, POLICE OFFICER
JOHNSON, in his/her individual and official capacity,
POLICE INVESTIGATOR R. HICKEY, in his/her
individual and official capacity, POLICE SGT. INCE, in
his/her individual and official capacity, POLICE SGT.
FLANAGAN, in his/her individual and official capacity,
CITY OF ROCHESTER POLICE OFFICER JOHN DOES
#1-10 (fictitiously named), in their individual and official
capacities, MONROE COUNTY, MONROE COUNTY
DEPUTY SHERIFF JOHN DOES #11-20 (fictitiously
named), in their individual and official capacities, TOWN
OF OGDEN, TOWN OF OGDEN POLICE OFFICER
JOHN DOES #21-30 (fictitiously named), in their individual
and official capacities, TOWN OF GATES, TOWN OF
GATES POLICE OFFICER JOHN DOES #31-40
(fictitiously named), in their individual and official
capacities,

                                 Defendants.
------------------------------------------------------------------------- X

**Docket No.: 22-CV-06162**

**PLAINTIFF'S VOIR DIRE INFORMATION**

       Plaintiff LUIS FERNANDEZ, by his attorneys, Horn Wright LLP, sets for the following

Voir Dire Information for the Court's consideration:

1

2

**A. A short description of the case that includes the claims and defenses at issue.**

Plaintiff alleges that the Defendants violated his rights under the Fourth and Fourteenth Amendments to the Constitution by using excessive force in the course of a search. Defendants deny any such violations.

**B. Names of trial counsel**

Plaintiff:

**HORN WRIGHT, LLP**
Pablo A. Fernandez
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel.: 516.355.9628
paf@hornwright.com

3

## C. Plaintiff's Information

Plaintiff Louis Fernandez, 639 Exchange Street, Attica, New York 14011.

**D. Prospective Witness List**

1.    Plaintiff Louis Fernandez, 639 Exchange Street, Attica, New York 14011.

Full knowledge of the dispute. Will testify as to the facts and circumstances of the incidents

detailed in Plaintiff's Complaint and the injuries sustained.

2.    Rochester Police Officer Alex Jimenez, 185 Exchange Blvd., Rochester, New York 14614,

585-428-7033.

Upon information and belief, full knowledge of the dispute.

3.    Rochester Police Sergeant Robert Osipovitch, 185 Exchange Blvd., Rochester, New York

14614, 585-428-7033. Upon information and belief, full knowledge of the dispute.

4.    Rochester Police Officer Mark Vaughn, 185 Exchange Blvd., Rochester, New York 14614,

585-428-7033. Upon information and belief, full knowledge of the dispute.

5.    Sandeed Mannava, MD, PHD, University of Rochester Medical Center, 601 Elmwood

Avenue, Rochester, NY 14642. Primary Treating Surgeon.

Plaintiff reserves the right to call any and all witnesses listed on behalf of Defendants

Dated: Garden City, New York
        June 5, 2026

Respectfully submitted,
**HORN WRIGHT, LLP**
*Attorneys for Plaintiff, Luis Fernandez*

By:    /s/*Pablo A. Fernandez*
        Pablo A. Fernandez
        400 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel: 516.355.9696
        paf@hornwright.com