UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X    **Docket No.: 22-CV-06162**

LUIS FERNANDEZ,                                                                           **(FPG)**

Plaintiff,

   -against-

CITY OF ROCHESTER, POLICE SGT. OSIPOVITCH, in his/her individual and official capacity, POLICE OFFICER VAUGHN, in his/her individual and official capacity, POLICE OFFICER JIMENEZ, in his/her individual and official capacity, POLICE T/SGT. ALEXANDER, in his/her individual and official capacity, POLICE OFFICER JOHNSON, in his/her individual and official capacity, POLICE INVESTIGATOR R. HICKEY, in his/her individual and official capacity, POLICE SGT. INCE, in his/her individual and official capacity, POLICE SGT. FLANAGAN, in his/her individual and official capacity, CITY OF ROCHESTER POLICE OFFICER JOHN DOES #1-10 (fictitiously named), in their individual and official capacities, MONROE COUNTY, MONROE COUNTY DEPUTY SHERIFF JOHN DOES #11-20 (fictitiously named), in their individual and official capacities, TOWN OF OGDEN, TOWN OF OGDEN POLICE OFFICER JOHN DOES #21-30 (fictitiously named), in their individual and official capacities, TOWN OF GATES, TOWN OF GATES POLICE OFFICER JOHN DOES #31-40 (fictitiously named), in their individual and official capacities,

------------------------------------------------------------------------- X

   Plaintiff submits the following Jury Voir Dire questions for consideration:

1.  What is your name?

2.  What is your date of birth?

3.  Where is your place of birth?

4.  In which city/village/town and county do you live?

1

## FAMILY HISTORY

5.      What is your marital status?

6.      Do you have children?

             If so, please state their respective ages, level of education or occupation.

7.      Do you have any grandchildren?

             If yes, how many?      What are their ages? _____

             For adult grandchildren, what are their occupations?

## RESIDENCE

8.      (a)      How long have you lived at your current address?

        (b)      How long have you lived in that County?

        (c)      Do you own your residence?

        (d)      In what kind of residence to you live?

9.      What other cities, towns, or areas have you lived in and for how long had you lived there?

10.      How many people live in your household?

11.      If persons other than your spouse/partner and children live with you, please explain:

## EMPLOYMENT

12.      What is your current occupation/job title?

        (a)      Describe what you do:

        (b)      For how long?

        (c)      Name of employer?

13.      What did you do prior to your current employment?

14.      List the occupation and employers of any adult children:

15. Have you supervised other people at your present or past place of employment?

    If yes, please describe the nature of your duties and the number of persons supervised:

16. In the course of your employment, are you or have you been required to write reports?

    If yes, what type?

17. Have you been required to attend training courses in connection with your employment?

## EDUCATION

18. What is the highest level of education that you have achieved?

    (a)    What schools did you attend?

    (b)    What degrees or certificates did you obtain?

19. Do you speak or read any other language in addition to English?

20. How many years of schooling did your spouse complete?

    (a)    What schools did he/she attend?

## MILITARY SERVICE

21. Has any member of your family ever been in the military?

    If so, who and in which branch?

## CRIMINAL JUSTICE EXPERIENCE

22. Have you ever called the police for any reason?

    Why?

23. (a)    Have you, or has any close friend or relative, been the victim of, or witness to, any kind of crime, whether it was reported to law enforcement authorities or not (including robbery, burglary, assault, etc.)?

    (b)    How did you, or the person close to you, feel that the police or law enforcement agency handled the situation?

24.    (a)    If there was a court hearing as a result of the crime did you or any close friend or relative testify in court?

       (b)    Who?

       (c)    How did you feel about the experience?

25.    Have you, or has any close friend or relative, ever been charged with a crime?

       If yes, what was the charge and what was the outcome?

26.    Have you ever had to appear in court, or in any court proceeding, as a plaintiff, defendant, victim, or witness for any reason other than you have indicated above?

       If yes, please state when and explain why you appeared in court:

27.    As a result of any experience described above, is there anything that would cause you to lean in favor of either the plaintiff or the defendant in this case?

       If yes, please explain:

28.    How serious of a problem do you think crime is in your town?

29.    Have you ever moved or considered moving because you thought crime was a problem?

       If so, please state why?

30.    Have you taken any extra precautions to protect yourself, your family, or your home from crime?

       If so, what precautions have you taken?

31.    Have you, or has someone you know, ever changed their behavior because of concern about becoming a crime victim? (For example, changed your commute route or time, decided not to go out alone at night, walked through a college campus with others rather than alone, etc.)

32.    To your knowledge, is there a crime watch group in your neighborhood?

       If so, do you belong?

33.    In your opinion, what are the major causes of crime?

34.    (a)    Have you, or has someone you know, ever been employed by any law enforcement agency?

(b)    Have you ever had any contact with anyone in any law enforcement agency through your work, in your neighborhood, or in your social life?

(c)    Have you, or has someone you know, ever been employed in a security-related job for a private business (for example, as a security guard or investigator)?

35.    Have you, or has any close friend or relative, ever considered working in law enforcement?

36.    In general, how would you rate the job the police in your County are doing in dealing with crime?

37.    Would you be more willing to believe the testimony of a police officer than another witness who is not a police officer?

       Why?

38.    What are your general views about the police and the role of police in the community?

39.    What are your views about police officers as individuals?

40.    Do you believe police officers make mistakes in the performance of their duties?

       Why?

41.    Have you, or has any close friend or relative, had any legal training (including law courses, paralegal program, or on-the-job training)?

       Who?

42.    How do feel about the way the criminal justice system is working in the United States?

43.    Have you ever been a juror before?

44.    Have you ever been a party to a lawsuit?

## **BURDEN OF PROOF**

45.    If the Court instructs you that Plaintiff has the burden of proof and you determine he has met that burden, will you be able to fairly and reasonably compensate him away with a monetary award?

46.    If the Court instructs you that Plaintiff is entitled to punitive damages, will you be able to fairly and reasonably compensate him away with a monetary award?

47. Will you listen to the evidence in the trial and apply the law as per the Court's instructions, even if you do not agree with it, and render a decision solely on the facts as developed at trial with respect to liability and burden of proof and in accordance with the law as instructed by the Court?

## **PARTIES**

48. Do you know anything about the underlying facts of this case?

49. Have you ever read anything regarding this matter in the news?

50. Are you familiar with the Plaintiff, Rochester Police Officer Alex Jimenez, Rochester Police Sergeant Robert Osipovitch, or Rochester Police Officer Mark Vaughn?

51. Do you have any biases or feelings – positive or negative – about the City of Rochester Police Department that would prevent you from being a completely fair and impartial juror in this case?

Dated: Garden City, New York
June 5, 2026

**HORN WRIGHT, LLP**
*Attorneys for Plaintiff, Luis Fernandez*

By:    /s/*Pablo A. Fernandez*
Pablo A. Fernandez
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: 516.355.9696
Email: paf@hornwright.com